IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**AMBER BRENNER**,

        Plaintiff

  v.

**TURKEY HILL L.P. t/a TURKEY HILL DAIRY**,

        Defendant

Case No. 5:18cv2650 JFL

Honorable Joseph F. Leeson, Jr.

Electronically Filed

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Please check one box:

__      The nongovernmental corporate party in the above listed civil action does not have any parent corporation or publicly held corporation that owns 10% or more of its stock.

X      The nongovernmental corporate party in the above-listed action discloses the following:

        Turkey Hill, L.P. is a limited partnership with two partners: THGP Co., LLC (general partner) and THLP Co., LLC (limited partner).

        THGP Co., LLC and THLP Co., LLC are limited liability companies and both have one/the same member: Dillon Companies, LLC.

        Dillon Companies, LLC is a limited liability company with one member: The Kroger Co. The Kroger Co. is a publicly traded corporation.

SAXTON & STUMP LLC

By: */s/ Richard L. Hackman*
Richard L. Hackman, Esq.
(PA 81755)
rlh@saxtonstump.com
280 Granite Run Drive, Suite 300
Lancaster, PA 17601
717-556-1006 (phone)

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing, Defendant's Corporate Disclosure Statement was filed electronically and is available for viewing and downloading on the Court's CM/ECF system this 27th of July 2018.

>Richard B. Bateman, Jr., Esq.
>21 West Second Street, Suite 300
>Media, PA 19063

>SAXTON & STUMP LLC

>By:  */s/ Richard L. Hackman*
>Richard L. Hackman, Esq.
>(PA 81755)
>rlh@saxtonstump.com
>280 Granite Run Drive, Suite 300
>Lancaster, PA 17601
>717-556-1006 (phone)

>*Attorneys for Defendant*